Warren-Smith Company, Respondent, v. Charles A. Brady, Appellant.— Judgment affirmed, with costs. All concurred.

Charles H. Jordan, as Administrator, etc., Appellant, v. Erie Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

John C. Cassidy, as Trustee for Cassidy & Son Manufacturing Company, and Cassidy & Son Manufacturing Company, Appellants, v. Dewitt C. Becker, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Oswego Falls Pulp and Paper Company, Respondent, v. Stecher Lithographic Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. McLennan, P. J., not sitting.

John B. Muzzy, as Receiver of the Property of Ernest C. White, Respondent, v. Annette M. White, Appellant, Impleaded with Ernest C. White.— Judgment and order affirmed, with costs. All concurred.

Selma Olson, as Sole Administratrix, etc., of Oscar Olson, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company and the West Shore Railroad Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

James R. Cox, Appellant, v. James Stillman, Respondent.— Motion for reargument denied, without costs. Motion denied. Defendant's time to answer extended to June 21, 1909, and further proceedings by the plaintiff stayed until that date.

John Lindholm, Respondent, v. Ralph E. Waite, Appellant.— Motion to dismiss appeal denied, with ten dollars costs to respondent. Appeal ordered ready for argument on second day of September term.

Anna Lavick, as Administratrix, etc., Appellant, v. Niagara County Home Telephone Company, Respondent.— Motion to dismiss appeal denied, without costs. Appeal ordered ready for argument on second day of September term.

The People of the State of New York ex rel. Frank B. Chapman, Relator, v. Frank Pye and Others, as Board of Trustees of Village of Charlotte, Defendants. Determination of board confirmed and writ of certiorari dismissed, with fifty dollars costs, but without disbursements. All concurred.

Thomas J. King, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louis Pulciani, Respondent, v. The United Amusement Companies, Appellant.— Judgment affirmed, with costs. All concurred.

William W. Prentice, Appellant, v. Isabel W. Keeney, Respondent.— Judgment and order affirmed, with costs. All concurred.

The American Ferrofix Brazing Company, Respondent, v. Nathaniel R. Potter and George R. McAllaster, Appellants.—Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. James Fitzpatrick, Appellant, Impleaded with Joseph Warne and Others.— Judgment and order affirmed. All concurred.